**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00584-BNB

WILLIAM A. MAUNZ,

    Plaintiff,

v.

SHARON PHILLIPS, Nurse Practioner (N.P.),
CDOC CORRECTIONAL OFFICERS, San Carlos Correctional Facility, and
COLORADO DEPT. OF CORRECTIONS,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion For Extension/Enlargement" (ECF No. 9) filed on April 28, 2014, is GRANTED to the extent Plaintiff seeks an extension of time to cure the deficiencies in this action and DENIED to the extent Plaintiff may be seeking other relief. Plaintiff shall have up to and including **May 30, 2014**, to cure the deficiencies as directed.

Dated:  April 29, 2014