**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00584-BNB

WILLIAM A. MAUNZ,

    Plaintiff,

v.

SHARON PHILLIPS, Nurse Practioner (N.P.),
CDOC CORRECTIONAL OFFICERS, San Carlos Correctional Facility, and
COLORADO DEPT. OF CORRECTIONS,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's third motion for extension of time to cure the deficiencies (ECF No. 12) is GRANTED as follows:  Plaintiff shall have up to and including **June 30, 2014**, to cure the deficiencies as directed.  No further extensions will be granted absent specific factual allegations regarding the efforts Plaintiff has made to cure the deficiencies and the existence of extraordinary circumstances that actually prevent Plaintiff from curing the deficiencies.  In order to cure the deficiencies Plaintiff must file a Prisoner Complaint that describes the claims he is asserting in this action and he must either pay filing and administrative fees totaling $400.00 or file a properly-supported Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  Plaintiff's motion for appointment of counsel (ECF No. 13) is DENIED as premature.

Dated:  May 30, 2014